## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

MARC KELLER and MARNELL KELLER,
husband and wife,

                                                 CASE NO.:  2:17-CV-00485-UA-MRM

  Plaintiffs,

-vs-

EXETER FINANCE LLC,

  Defendant.

_____/

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiffs, Marc Keller and Marnell Keller, and the Defendant, Exeter

Finance LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with

prejudice, each claim and count therein asserted by Plaintiffs against the Defendant in the above

styled action, with Plaintiffs and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of December, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Matthew Mitchell (by permission)* |
| Octavio Gomez, Esquire | Matthew Mitchell, Esquire |
| Florida Bar No.: 0338620 | Burr & Forman LLP |
| Morgan & Morgan, Tampa,  P.A. | 201 N. Franklin St., Suite 3200 |
| One Tampa City Center | Tampa, FL 33602 |
| Tampa, FL 33602 | Tele: (813) 221-2626 |
| Tele: (813) 223-5505 | Fax: (813) 221-7335 |
| Fax: (813) 223-5402 | flservice@burr.com; mmitchell@burr.com; |
| Primary Email: TGomez@ForThePeople.com | cwingate@burr.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiffs* | |